458 A.2d 267

In re Est. of Pederick.

Appeal of Gregory.

Appeal Granted May 16, 1983.

Argued

February 3, 1982. Thomas J. Mettee, for appellant; Edmund P. Butler, for participating party.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The order of the learned Philadelphia County Orphans' Court sitting en banc is affirmed.

ROWLEY, J., filed a memorandum dissenting opinion.